## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISON

| | | |
|---|---|---|
| JEREMY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 CV 3713 |
| | ) | |
| RYDER TRUCK RENTAL, INC., | ) | |
| RYDER TRANSPORTATION SERVICES | ) | |
| and ARAMARK SERVICES INC. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the Plaintiff and Defendants in the above entitled action, including Defendant Aramark Uniform and Career Apparel, previously dismissed, through their respective attorneys, that Plaintiff's Complaint against all Defendants be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought, and any other actions that could have been brought arising out of the subject occurrence, having been fully settled, compromised and adjourned.

Matthew Saltzman, Esq.
Sherwood Law Group
Attorney for Plaintiff

Jack M. Shanahan, Esq.
Inman & Fitzgibbons
Attorney for Aramark Entities

Lew R. C. Bricker, Esq.
SmithAmundsen LLC
Attorney for Ryder Entities